IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 14–CR-30181-NJR |
| | ) |
| | ) |
| HORACIO SOLIS, JR., et al, | ) |
| | ) |
| Defendants. | ) |

## ORDER

**ROSENSTENGEL, District Judge:**

Before the Court is the United States of America's Motion for Order Permitting Disclosure of Grand Jury Material (Doc. 158). To comply with its obligations under the Jencks Act and Federal Rule of Criminal Procedure 26.2, and pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i), the United States moves for permission to provide defense counsel with copies of the grand jury records obtained in this matter.

For good cause shown, the Motion is **GRANTED**. Defense counsel shall not copy or disseminate the records in any manner and shall return them to the United States Attorney's office at the conclusion of this matter.

IT IS SO ORDERED.

DATED: June 4, 2015

s/ Nancy J. Rosenstengel
**NANCY J. ROSENSTENGEL**
**United States District Judge**
